7021 2720 0000 6298 2736

State National Sui Juris 1 (Rev. 01/04/2023) Complaint for a Civil Case

**United States District Court**
for the
Southern District of Texas
Civil Division

United States Courts Southern
District of Texas
FILED

*January 13, 2023*

Nathan Ochsner, Clerk of Court

Terry Brayton Adams, beneficiary
*Plaintiff(s)*

-v-

Protex Investments, LLC.
James Frappier
Rex Kessler
*Defendant(s)*

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
) Jury Trial:  *(check one)*  ___ Yes  ___ No
)
)
)
)
)
)
)
)

## Complaint For A Civil Case

1. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    | | |
    |---|---|
    | Name | Terry-Brayton: Adams., beneficiary |
    | Street Address | 22843 Post Gate Drive |
    | City and County | Spring, Harris County |
    | State and Zip Code | Texas Republic, [77373-9998] |
    | Telephone Number | 713-416-4101 |
    | E-mail Address | t.brayton.adams@gmail.com |

## B. The Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | Jay Farner |
| Job or Title (if known) | Chief Executive Officer Rocket Companies |
| Street Address | 1050 Woodward Avenue |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Rex L. Kesler |
| Job or Title (if known) | Texas State BAR Number # 11357500 |
| Street Address | PO Box 8861 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77249 |
| Telephone Number | (281) 501-3089 |
| E-mail Address (if known) | keslerhearings@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | PROTEX INVESTMENTS, LLC. |
| Job or Title (if known) | |
| Street Address | 11603 BRIGHTON LN |
| City and County | Meadows Place Harris County |
| State and Zip Code | Texas 77477 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

State National Sui Juris 1 (Rev. 01/04/2023) Complaint for a Civil Case

II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 28 United States Code 1332(a). :Terry-Brayton: Adams, beneficiary, is an American State National of the Texas Republic. Protex Investments, LLC and Rex L. Kesler are United States Citizens of Washington, District of Columbia. The sum of sought after judgment exceeds $-75,000.00.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, :Terry-Brayton: Adams, beneficiary, is an American State National of State of    Texas Republic

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  The first (1st) defendant is an individual:
        The defendant, *(name)* Jay Farner, is a citizen of the State of *(name)* Michigan. Or is a citizen of *(foreign nation)* _____

3

  b. The first (2nd) defendant is an individual:
The defendant, *(name)* Rex L. Kesler _____, is a citizen of the State of *(name)* Texas _____ Or is a citizen of *(foreign nation)* _____.

  c. The second (3rd) defendant is a corporation:
The defendant, *(name)* Protex Investments LLC (Kevin Lapierre), is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* Texas _____ and has its principal place of business in *(name)* Texas _____.

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Property commonly known as 22843 Post Gate Drive of Spring, Texas [77373] is valued at approximately $350,000.00. There is a total of $-3,400,000.00 being sought in damages for injury.

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

First Defendant, Jay Farner, CEO Rocket Companies, Quicken Loans, Rocket Mortgage.

1. Jay Farner CEO has attempted to take my home where I abide from me,:Terry-Brayton: Adams, beneficiary is an American State National of the Texas Republic as evidenced by public record and UCC-1 Filing # 201905078214314 where the property at 22843 Post Gate Drive of Spring, Texas [77373] is held in the Brothers In Christ Trust.

2. Jay Farner with Rocket Companies has no valid claim of interest of his

4

       property at 22843 Post Gate Drive of Spring, Texas [77373].

  3. Rocket Companies continues to injure :Terry-Brayton: Adams, beneficiary by attempting to sell his property at 22843 Post Gate Drive of Spring, Texas [77373].

Second Defendant, Protex Investments, LLC (Kevin Lapierre):

  1. :Terry-Brayton: Adams, beneficiary is an American State National of the Texas Republic as evidenced by public record and UCC-1 Filing # 201905078214314 where the property at 22843 Post Gate Drive of Spring, Texas [77373] is held in the Brothers In Christ Trust.

  2. Protex Investments, LLC is not the Original Creditor and has no wet ink signature contract with :Terry-Brayton: Adams, beneficiary and has no valid claim of interest of his property at 22843 Post Gate Drive of Spring, Texas [77373].

  3. Protex Investments, LLC continues to injure :Terry-Brayton: Adams, beneficiary by attempting to evict him from his property at 22843 Post Gate Drive of Spring, Texas [77373], which is evidenced public record and UCC-1 Filing # 201905078214314 to be held in Brothers In Christ Trust. They are fully aware of the status of :Terry-Brayton: Adams, beneficiary and his Trust Property. They have employed the local Constable or Sheriff to harass and attack :Terry-Brayton, Adams, beneficiary.

Third Defendant, Rex L. Kesler, Attorney for Protex Investments, LLC:

  1. This Attorney has no Oath of Office on any public record.

  2. This Attorney has no Foreign Agents Registration Statement on record and this is a violation of the Foreign Agents Registration Act, as amended of 1938.

  3. This Attorney has filed, on behalf of Protex Investments LLC, a claim against :Terry-Brayton: Adams, beneficiary, unlawfully and injured him in this process. Rex L. Kesler has no standing or status to file any case against any U.S. Citizen nor American State National.

---

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

:Terry-Brayton: Adams, beneficiary, is the Holder in Due Course and Ultimate Beneficial Owner of the property known as 22843 Post Gate Drive of Spring, Texas [77373]. It is listed in UCC-1 Filing # 201905078214314. Protex Investments LLC and Rex L. Kesler has unlawfully made claims to the aforementioned property, causing injury and damage to : Terry-Brayton: Adams, beneficiary. He seeks the following to remedy the unjust trespass upon him and his property:

1. General/Special Compensatory damages in the amount of $-350,000.00, that is the approximate value of his abode and land.

2. Punitive damages in the amount of $-1,050,000.00. This from the approximate value of his abode and land at three times the value. This is his Spiritual belief and is found in Biblical Principal.

3. UCC Filing # INSERT FILE# Trespassing fee of $-2,000,000.00. Defendant(s) swear in Sworn Testimony in the form of an Affidavit in The County Civil Court At Law No. (3) of Harris County, Texas Complaint No. 1193536 that they have trespassed upon the Property at 22843 Post Gate Drive of Spring, Texas [77373]. .

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose , such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law, or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2023/01/04

Signature of Plaintiff By: Terry-Brayton: Adams, Beneficiary

Printed Name of Plaintiff Terry Brayton Adams, Beneficiary

**No attorney listed for Plaintiff, He is Self Presented. All done in good faith, without prejudice.**

6