United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY BRAYTON ADAMS,<br>　　Plaintiff,<br><br>VS.<br><br>PROTEX INVESTMENTS LLC<br>JAMES FRAPPIER<br>REX L. KESSLER<br>JAY FARNER,<br>　　Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:23-CV-00202<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On April 26, 2023, the Plaintiff filed a Motion to Dismiss Case Number 4:23-cv-00202 Without Prejudice (Dkt. 18). The Court having considered the motion hereby finds the motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas on April 27, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE C. HANKS, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE